IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRUMAN BOWEN, JR.,

   Plaintiff,

-vs-                                             CASE NO.:  3:14-cv-108-J-39PDB

CACH, LLC, and LAW OFFICE OF
SUSAN ADDISON BLUSH, P.C.,

   Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, TRUMAN BOWEN, JR., by and through the undersigned counsel, and hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendant, LAW OFFICE OF SUSAN ADDISON BLUSH, P.C. D/B/A Kentwood Law Group, for the above captioned matter. After further investigation Plaintiff was unable to locate any collectable assets of Defendant; therefore, respectfully requests this honorable Court to dismiss this case without prejudice.

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. Mail this 21st day of January, 2015 to counsel of record and any unrepresented party.

   /s/ Jared M. Lee
Jared M. Lee, Esquire
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Tele:  (407) 420-1414
Fax:  (407) 245-3485
Florida Bar #:  0052284
Attorney for Plaintiffs
jlee@forthepeople.com
JMLPleadings@ForThePeople.com

## **CERTIFICATE OF SERVICE**

      I, Jared M. Lee, hereby certify that on January 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                        *s/ Jared M. Lee, Esq*
                                        Jared M. Lee, Esquire
                                        Florida Bar #:  0052284