UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRUMAN BOWEN, JR.,

    Plaintiff,

v.                                      Case No: 3:14-cv-108-J-39PDB

LAW OFFICE OF SUSAN ADDISON
BLUSH, P.C.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 17; Notice) filed on January 21, 2015. In the Notice, Plaintiff requests a dismissal of this case without prejudice. <u>See</u> Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 22ND day of January, 2015.

BRIAN J. DAVIS
United States District Judge

em

Copies furnished to:

Counsel of Record